CERTIFICATE OF SERVICE

I, Jackie Cowin, hereby certify that on January 18, 2005, I served a copy of Defendants' Notice of Removal, Civil Action Cover Sheet, Civil Category Sheet, and all process, pleadings and orders that had been served upon defendants in connection with the action titled <u>Patricia Perotti-Cyrus</u> v. <u>Robert Jensen, et al.</u>, upon the following counsel of record:

>Julie C. Malloy, Esq.
>379 Route 6A
>East Sandwich, MA 02537

*/s/ Jackie Cowin*
Jackie Cowin

241452/SAND/0001

CERTIFICATE OF SERVICE

I, Jackie Cowin, hereby certify that on January 19, 2005, I served a copy of Defendants' Answer in the action titled <u>Patricia Perotti-Cyrus</u> v. <u>Robert Jensen, et al.</u>, U.S. District Court C.A. No. 05-10116, upon the following counsel of record:

> Julie C. Malloy, Esq.
> 379 Route 6A
> East Sandwich, MA 02537

_____
Jackie Cowin

241452/SAND/0001