UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 05 – 10116-DPW

| | |
|---|---|
| Patricia Perotti-Cyrus,<br>        Plaintiff | )<br>)<br>)<br>) |
| vs. | )<br>)<br>) |
| Robert Jenson, Chairman of the,<br>Board of Appeals for the Town of<br>Sandwich, et al.,<br>        Defendants | )<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the Defendants in the above-captioned matter.

                                            Respectfully submitted,
                                            The Defendants,
                                            By their attorneys,


                                            /s/ Deborah I. Ecker
                                            Leonard H. Kesten, BBO# 542042
                                            Deborah I. Ecker, BBO# 554623
                                            Brody, Hardoon, Perkins & Kesten, LLP
                                            One Exeter Plaza, 12th Floor
                                            Boston, MA 02116
                                            (617) 880-7100


DATED: March 8, 2005

1