UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 05 – 10116-DPW

Patricia Perotti-Cyrus, )
        Plaintiff )
)
)
vs. )
)
)
Robert Jenson, Chairman of the, )
Board of Appeals for the Town of )
Sandwich, et al., )
        Defendants )

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1, the parties in the above action submit this Joint Statement in advance of the scheduling conference set for March 24, 2005, 2005.

I. **Statement Pursuant to Local Rule 16.1(B)**

Counsel for the plaintiff and defendants state that they have conferred pursuant to Rule 16.1(b) for the purpose of: (1) preparing an agenda of matters to be discussed at the scheduling conference; (2) preparing a proposed pretrial schedule; and (3) considering whether they will consent to trial by magistrate judgment.

II. **Statement Pursuant to Local Rule 16.1(C )**

The Plaintiff has made a demand on the Defendant. The Defendants' attorneys have conferred with their clients on the subject of the settlement proposal.

III. **Joint Statement Pursuant to Local Rule 16.1(D)**

    A.     <u>Joint Discovery Plan</u>

        1.     The parties propose that all discovery be completed by September 30, 2005.

    a.    The Plaintiff proposes conducting several depositions, including all Defendants. At this time, the Defendant proposes conducting one deposition, that of the Plaintiff.

    b.    The parties agree to limit the number of interrogatories, requests for admissions and document requests allowed by the Federal Rules of Civil Procedure at this time.

2.    The parties propose that expert witnesses, if any, be identified by the Plaintiff on or before October 30, 2005 and that expert witnesses, if any, be identified by the Defendant on or before November 30, 2005. Depositions of expert witnesses if any will be completed by December 30, 2005.

B.    <u>Proposed Motion Schedule</u>

The parties propose that all motions to dismiss or motions for summary judgment be filed on or before January 30, 2006.

C.    <u>Proposed Pre-Trial Conference Date</u>

The parties propose that the Court conduct a pre-trial conference in this matter in March 2006.

| | |
|---|---|
| Respectfully submitted,<br>The Plaintiff, | Respectfully submitted,<br>The Defendants, |
| /s/ Julie C. Molloy<br>Julie C. Molloy, BBO# 555176<br>379 Route 6A<br>East Sandwich, MA 02537<br>(508) 833-3707 | /s/ Deborah I. Ecker<br>Deborah I. Ecker, BBO# 554623<br>Leonard Kesten, BBO# 542042<br>Brody, Hardoon, Perkins & Kesten, LLP<br>One Exeter Plaza, 12th Floor<br>Boston, MA 02116<br>(617) 880-7100 |

DATED: March 8, 2005