UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 05 – 10116-DPW

Patricia Perotti-Cyrus, )
        Plaintiff )
)
)
vs. )
)
)
Robert Jenson, Chairman of the, )
Board of Appeals for the Town of )
Sandwich, et al., )
        Defendants )

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the Defendants in the above-captioned matter.

Respectfully submitted,
The Defendants,
By their attorneys,

/s/ Leonard H. Kesten
Leonard H. Kesten, BBO# 542042
Deborah I. Ecker, BBO# 554623
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza, 12th Floor
Boston, MA 02116
(617) 880-7100

DATED: March 8, 2005

1