UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 05 – 10116-DPW

Patricia Perotti-Cyrus,
   Plaintiff  )

vs.  )

Robert Jenson, Chairman of the,
Board of Appeals for the Town of
Sandwich, et al.,
   Defendants  )

SELECTMEN
MAR 31 2005

## CERTIFICATION PURSUANT TO RULE 16.1

We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,
The Defendants,
By their attorneys,

_[signature]_
Town of Sandwich
4/1/05

_[signature]_ Deborah Ecker
Leonard H. Kesten, BBO# 542042
Deborah I. Ecker, BBO# 554623
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza, 12th Floor
Boston, MA 02116
(617) 880-7100

DATED: 4/1/05

1