UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRICIA PEROTTI-CYRUS,
    Plaintiff,

CIVIL ACTION
NO. 05-10116-DPW

v.

ROBERT JENSON, Chairman
of The Board of Appeals For
The Town of Sandwich, et al.,
    Defendants.

JOINT MOTION TO EXTEND THE DISCOVERY DEADLINE
AND JOINT REQUEST FOR ACTION ON DEFENDANTS' MOTION TO SEVER
AND STAY COUNTS AND REMAND COUNTS AND PLAINTIFF'S OPPOSITION
THERETO

NOW COME the parties in this action, and jointly request two things of this Court.

First, the parties jointly move and request that this Honorable Court extend the discovery deadline, from September 30, 2005, to October 31, 2005. As grounds, the parties state that they have diligently pursued discovery, however there remain two depositions that the parties have not yet been able to take, the plaintiff's deposition, and the deposition of Judith Cutler, Esq., due to trial conflicts, and, in part, defendants' Motion to Sever and Stay Counts and Remand Counts, currently pending before the Court, as further set forth below.

WHEREFORE, the parties respectfully request that this Court extend the discovery deadline to October 31, 2005.

Second, the parties jointly move and request that this Honorable Court take action on Defendants' Motion to Sever and Stay Counts and to Remand

Counts and Plaintiff's Opposition thereto.  As a part of that Motion, the defendants seek a protective order to prevent the plaintiff from taking the deposition of Town Counsel, Judith C. Cutler, Esq., and as a consequence, the defendants have refused to produce Attorney Cutler for deposition until such time as this Court acts on their motion and plaintiff's opposition.

WHEREFORE, the parties jointly request that the Court take action with respect to Defendants' Motion to Sever and Stay Counts and Remand Counts, and Plaintiff's Opposition thereto.

| Plaintiff, | Defendants, |
|---|---|
| PATRICIA PEROTTI-CYRUS, | ROBERT JENSEN, et al. |
| by her attorney, | by their attorneys, |
| /s/ Julie C. Molloy | /s/ Deborah I. Ecker |
| Julie C. Molloy    BBO#555176<br>379 Route 6A<br>East Sandwich MA 02537<br>(508) 833-3707 | Deborah I. Ecker    BBO#<br>Brody, Hardoon, Perkins & Keston<br>699 Exeter Street, 12th floor<br>Boston MA 02116<br>(617) 880-7100 |

Dated:  September 8, 2005