UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRICIA PEROTTI-CYRUS,
       Plaintiff,                      CIVIL ACTION
                                     NO. 05-10116-DPW

        v.

ROBERT JENSON, Chairman
of The Board of Appeals For
The Town of Sandwich, et al.,
       Defendants.

JOINT MOTION TO EXTEND THE DEADLINE TO FILE MOTIONS FOR
SUMMARY JUDGMENT

NOW COME the parties in this action, and jointly request that, in light of the extension of the discovery deadline by this Court, that it also grant an extension of time for the filing of Motions for Summary Judgment, to December 31, 2005.

Plaintiff,                          Defendants,

PATRICIA PEROTTI-CYRUS,       ROBERT JENSEN, et al.

by her attorney,                  by their attorneys,

/s/ Julie C. Molloy               /s/ Deborah I. Ecker
_____   _____
Julie C. Molloy     BBO#555176     Deborah I. Ecker    BBO#
379 Route 6A                   Brody, Hardoon, Perkins & Keston
East Sandwich MA 02537       699 Exeter Street, 12th floor
(508) 833-3707                 Boston MA 02116
                               (617) 880-7100

Dated:  November 23, 2005