UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRICIA PEROTTI-CYRUS,
    Plaintiff,                             CIVIL ACTION
                                                    NO. 05-10116-DPW

    v.

ROBERT JENSON, Chairman
Of The Board Of Appeals For
The Town Of Sandwich, Et Al.,
    Defendants.

### PLAINTIFF'S MOTION TO FILE LATE HER MOTION FOR SUMMARY JUDGMENT, TOGETHER WITH SUPPORTING MATERIALS, COPIES OF WHICH ARE ALL ATTACHED

      NOW COMES the plaintiff in this matter, and seeks leave of Court to file her Motion for Summary Judgment, Memorandum in Support thereof, Statement of Undisputed Facts and attached Exhibits, late.  Plaintiff notes that on November 23, 2005, the parties Jointly filed Motion Requesting an Extension of the Deadline For Filing Motions for Summary Judgment to December 31, 2005.  The Court granted the Motion, however, it only extended the time for filing to December 22, 2005.  Plaintiff's counsel was aware, and had requested an extension to December 31, 2005, that she would be unable to complete the Motion for Summary Judgment until shortly before December 31, 2005, because of a trial scheduled for and which took place on December 14-15, 2005, in the Barnstable Superior Court.  Accordingly, plaintiff respectfully requests that this Honorable Court accept her Motion for Summary Judgment for filing, despite the fact that the filing is two (2) business days late, and allow the defendants an opportunity to file any response in the usual and ordinary course.  Plaintiff notes

that the defendants' prior joining in the Motion to Extend the Filing Deadline should be viewed as an assent to this Motion to File Late.

WHEREFORE, plaintiff respectfully requests that this Honorable Court allow her to file her Motion for Summary Judgment and supporting materials forthwith.

Plaintiff,

PATRICIA PEROTTI-CYRUS,

By her attorney,

  /s/Julie C. Molloy
Julie C. Molloy       BBO#555176
379 Route 6A
East Sandwich MA 02537
(508) 833-3707

Dated:  December 27, 2005

CERTIFICATE OF SERVICE

I, Julie C. Molloy, Esq., hereby certify that a copy of the foregoing was served via U.S. Mail, first class, postage pre-paid, on December 27, 2005, upon the defendants, as follows:

Leonard H. Kesten, Esq.
Deborah Ecker, Esq.
Brody, Hardoon, Perkins & Kesten
One Exeter Plaza, 12th floor
Boston MA 02116

  /s/ Julie C. Molloy