UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 05 – 10116-DPW

PATRICIA PEROTTI-CYRUS, )
    Plaintiff, )
 )
 )
VS. )
 )
 )
ROBERT JENSON, CHAIRMAN OF )
THE BOARD OF APPEALS FOR THE )
TOWN OF SANDWICH, ET AL., )
    Defendants )

### DEFENDANTS' ASSENTED TO MOTION TO EXTEND TIME WITHIN WHICH TO FILE AN OPPOSITION TO PLAINTIFF'S SUMMARY JUDGMENT MOTION

The Defendants in the above action hereby request that this honorable court extend the time within which the Defendants may file a responsive pleading up to and including January 31, 2006. As reasons for the request, the Defendants state the following:

1. The Plaintiff's Summary Judgment Motion was filed with the court on December 27, 2005.

2. Defendants' opposition is due to be filed by January 10, 2006.

3. Due to the holidays and the deposition schedule of Defendants' counsel in other cases, the Defendants request an additional twenty-one (21) days in which to respond to the Plaintiff's Motion for Summary Judgment.

4. Defendants further state that the Plaintiff has assented to this Motion; in addition, the Defendants state that they assent to the Plaintiff's previously filed *Motion to File Late Her Motion for Summary Judgment.*

As set forth above, the Defendants request that this honorable court grant this motion to extend time to file an opposition to Plaintiff's Summary Judgment Motion.

                                             Respectfully submitted,
                                             The Defendants,
                                             By their attorneys,


                                             /s/ Deborah I. Ecker
                                             Leonard H. Kesten, BBO# 542042
                                             Deborah I. Ecker, BBO# 554623
                                             Brody, Hardoon, Perkins & Kesten, LLP
                                             One Exeter Plaza, 12th Floor
                                             Boston, MA 02116
                                             (617) 880-7100


DATED: January 4, 2006



Assented to:



/s/ Julie C. Molloy
Julie C. Molloy, Esq.
379 Route 6A
East Sandwich, MA 02537