UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRICIA PEROTTI-CYRUS,
    Plaintiff,                         CIVIL ACTION
                                            NO. 05-10116-DPW

    v.

ROBERT JENSON, Chairman
of The Board of Appeals For
The Town of Sandwich, et al.,
    Defendants.

## JOINT STATUS REPORT

Pursuant to this Honorable Court's directive, the parties hereby submit the following Joint Status Report regarding this case:

I.    <u>Discovery</u>

The parties have completed all discovery in this case.

II.    <u>Settlement Discussions</u>

There have been no settlement discussions in this matter, as the parties maintain diametrically opposite views on the zoning issue; i.e.; whether or not plaintiff's property is "lawfully in existence."

III.    <u>Motions</u>

Plaintiff has filed a Motion for Summary Judgment. Defendants have requested an extension of time in which to file their opposition, to which plaintiff has assented, to January 31, 2006. The parties believe that the disposition of the Motion for Summary Judgment will resolve the zoning issue, which, if in plaintiff's favor, will leave only the plaintiff's civil rights

claim(s) as regards to liability and damages, or, if in defendants' favor, will result in a dismissal of the case.

IV.     Pre-Trial Conference & Trial Dates

In light of the pending Motion for Summary Judgment, and defendants' anticipated opposition to the same, the Court may prefer to defer scheduling these dates until after its decision regarding the same.

| Respectfully submitted, | Respectfully submitted |
|---|---|
| Plaintiff, | Defendants, |
| PATRICIA PEROTTI-CYRUS, | ROBERT JENSEN, ET AL. |
| By her attorney, | By their attorneys, |
| /s/ Julie C. Molloy | /s/ Deborah I. Ecker |
| Julie C. Molloy   BBO#555176 | Leonard H. Kesten   BBO#542042 |
| 379 Route 6A | Deborah I. Ecker   BBO#554623 |
| East Sandwich MA 02537 | Brody, Hardoon, Perkins & Kesten, LLP |
| (508) 833-3707 | One Exeter Plaza, 12th Floor |
| | Boston MA 02116 |
| | (508) 880-7100 |

Dated: January 6, 2006