UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 05-10116DPW

PATRICIA PEROTTI-CYRUS
    Plaintiff,

v.

ROBERT JENSEN, Chairman of the Board of Appeals for the Town of Sandwich, ROBERT GUERIN, JAMES KILLION, MATTHEW McDONNELL, ERIK VAN BUSKIRK, WILLIAM DAWES, and MICHAEL LESPERANCE, as they are Members of the Board of Appeals, DONNA BOARDMAN, Building Inspector and Zoning Enforcement Officer for the Town of Sandwich, and TOWN OF SANDWICH,
    Defendants.

## DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT

The Defendants, Robert Jensen, Chairman of the Board of Appeals for the Town of Sandwich, Robert Guerin, James Killion, Mathew McDonnell, Eric Van Buskirk, William Dawes, and Michael Lesperance, as they are Members of the Board of Appeals, Donna Boardman, Building Inspector and Zoning Enforcement Officer for the Town of Sandwich and the Town of Sandwich (the "Defendants") hereby request that this honorable Court grant judgment in their favor on all of the claims contained in the Plaintiff's Amended Complaint. The dispositive issue that compels judgment for the Defendants is whether, as Defendants argue, the endorsement of a plan "Approval Under the Subdivision Control Law Not Required (an ANR plan) applies only with respect to the inapplicability of the Subdivision Control Law and does not give the endorsed plan any zoning validity and does not mean that the resulting lots will be

1

lawful under the local zoning regulations. Whether the Defendants have accurately interpreted and applied the statutes and regulations at issue is purely a matter of law appropriate for summary judgment disposition.

As there are no material issues of fact in dispute, the Defendants are entitled to judgment as a matter of law and respectfully request that this honorable Court grant their cross-motion for summary judgment. The Defendants have filed a separate memorandum of law in support of their cross-motion for summary judgment and in opposition to the Plaintiff's motion for summary judgment and incorporate that memorandum herein.

>Respectfully submitted,
>The Defendants,
>Town of Sandwich, et al
>By their attorneys,
>
>/s/ Deborah I. Ecker
>Leonard H. Kesten, BBO# 542042
>Deborah I. Ecker, BBO# 554623
>BRODY, HARDOON, PERKINS & KESTEN, LLP
>One Exeter Plaza
>Boston, MA 02116
>(617) 880-7100

DATED: January 31, 2006