UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 05-10116DPW

PATRICIA PEROTTI-CYRUS
    Plaintiff,

v.

ROBERT JENSEN, Chairman of the Board of Appeals for the Town of Sandwich, ROBERT GUERIN, JAMES KILLION, MATTHEW McDONNELL, ERIK VAN BUSKIRK, WILLIAM DAWES, and MICHAEL LESPERANCE, as they are Members of the Board of Appeals, DONNA BOARDMAN, Building Inspector and Zoning Enforcement Officer for the Town of Sandwich, and TOWN OF SANDWICH,
    Defendants.

## DEFENDANTS' MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES

Pursuant to Local Rule 7.1(B)(4) of the United States District Court for the District of Massachusetts, the Defendants hereby move for leave to file a Memorandum In Support of their Opposition to Plaintiff's Motion for Summary Judgment in excess of twenty pages.

In support of this motion, the Defendants state that the additional pages are necessary in order to adequately address the issues raised in Plaintiff's Motion for Summary Judgment.

WHEREFORE, the Defendants respectfully request that the Court grant them their Motion for Leave to File a Memorandum in Excess of Twenty Pages.

Respectfully submitted,
The Defendants,
Town of Sandwich, et al
By their attorneys,


/s/ Deborah I. Ecker
Leonard H. Kesten, BBO# 542042
Deborah I. Ecker, BBO# 554623
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

DATED: January 31, 2006