UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRICIA PEROTTI-CYRUS,
    Plaintiff,                         CIVIL ACTION
                                              NO. 05-10116-DPW

    v.

ROBERT JENSON, Chairman
of The Board of Appeals For
The Town of Sandwich, et al.,
    Defendants.

**PLAINTIFF'S ASSENTED TO MOTION TO EXTEND THE TIME IN WHICH PLAINTIFF MUST FILE AN OPPOSITION/REPLY TO DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT FROM FEBRUARY 14, 2006, TO FEBRUARY 28, 2006**

    NOW COMES the plaintiff, Patricia Perotti-Cyrus, and requests and moves to extend the deadline of February 14, 2006, by which she must file her reply/opposition to Defendants' Cross Motion for Summary Judgment to February 28, 2006.

                                              Plaintiff,

                                              PATRICIA PEROTTI-CYRUS,

                                              By her attorney,

                                              ___/s/ Julie C. Molloy_____
                                              Julie C. Molloy     BBO#555176
                                              379 Route 6A
                                              East Sandwich MA 02537
                                              (508) 833-3707

Dated: February 13, 2006

Assented to by:

Defendants,

ROBERT JENSEN, et al.,

By their attorneys,


\_/s/ Deborah I. Ecker_____
Leonard H. Kesten   BBO#542042
Deborah I. Ecker     BBO#554623
BRODY, HARDOON, PERKINS & KESTEN, L.L.P.
One Exeter Plaza
Boston MA 02116
(617) 880-7100

Dated:: February 13, 2006