UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRICIA PEROTTI-CYRUS,
    Plaintiff,

CIVIL ACTION
NO. 05-10116-DPW

v.

ROBERT JENSON, Chairman
of The Board of Appeals For
The Town of Sandwich, et al.,
    Defendants.

PLAINTIFF'S MOTION TO FILE HER OPPOSITION TO DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT, ONE DAY LATE

NOW COMES the plaintiff, Patricia Perotti-Cyrus, and moves this Honorable Court for Permission to File her Opposition to Defendants' Cross-Motion for Summary Judgment one day late.

Plaintiff,

PATRICIA PEROTTI-CYRUS,

By her attorney,

___/s/ Julie C. Molloy_____
Julie C. Molloy    BBO#555176
379 Route 6A
East Sandwich MA 02537
(508) 833-3707

Dated: March 1, 2006

CERTIFICATE OF SERVICE

      I, Julie C. Molloy, Esq., hereby certify that a copy of the foregoing was served via U.S. Mail, first class, postage pre-paid, on March 2, 2006, upon the defendants, as follows:

Leonard H. Kesten, Esq.
Deborah Ecker, Esq.
Brody, Hardoon, Perkins & Kesten
One Exeter Plaza, 12th floor
Boston MA 02116

                      ___/s/ Julie C. Molloy_____