UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA PEROTTI-CYRUS,<br>    Plaintiff, | CIVIL ACTION<br>NO. 05-10116-DPW |
| v. | |
| ROBERT JENSON, Chairman<br>of The Board of Appeals For<br>The Town of Sandwich, et al.,<br>    Defendants. | |

PLAINTIFF'S MOTION TO ALLOW OPPOSITION IN EXCESS OF TWENTY PAGES

NOW COMES the plaintiff, Patricia Perotti-Cyrus, and moves this Honorable Court for Permission to file that her Opposition in excess of twenty (20) pages.

                            Plaintiff,

                            PATRICIA PEROTTI-CYRUS,

                            By her attorney,

                            _/s/ Julie C. Molloy_____
                            Julie C. Molloy    BBO#555176
                            379 Route 6A
                            East Sandwich MA 02537
                            (508) 833-3707

Dated: March 1, 2006

<u>CERTIFICATE OF SERVICE</u>

      I, Julie C. Molloy, Esq., hereby certify that a copy of the foregoing was served via U.S. Mail, first class, postage pre-paid, on March 2, 2006, upon the defendants, as follows:

Leonard H. Kesten, Esq.
Deborah Ecker, Esq.
Brody, Hardoon, Perkins & Kesten
One Exeter Plaza, 12th floor
Boston MA 02116

                                                ___/s/ Julie C. Molloy_____