UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRICIA PEROTTI-CYRUS,
    Plaintiff,                                CIVIL ACTION
                                                    NO. 05-10116-DPW

    v.

ROBERT JENSON, Chairman
of The Board of Appeals For
The Town of Sandwich, et al.,
    Defendants.

## AFFIDAVIT OF PATRICIA PEROTTI-CYRUS

I, Patricia Perotti-Cyrus, under oath hereby depose and state as follows:

1. I am the plaintiff in this action, and the owner of the cottage at 9 Ploughed Neck Road, East Sandwich, as reflected in the attached copy of m deed.

2. I attended all of the public hearings held in connection with this matter before the Zoning Board of Appeals.

3. At one of those meetings, Attorney Judith Cutler, Town Counsel, in response to an inquiry as to what I should do, if I were unable to repair my cottage, to which Attorney Cutler, giggled, which I considered to be most unprofessional, and then replied: "It seems that the seller and seller's counsel made misrepresentations to Ms. Perotti-Cyrus, and her recourse would be to sue them for fraud."

4. Attorney Cutler's behavior, in giggling, was outrageous, and she evidently does not know the severe hardship this has caused upon my husband and I financially, as I am now only working two days per week, given the slow season here on Cape Cod, my husband has been out of work for several months now, and we depended upon the rental income from the cottages to support ourselves, in addition to purchasing the same as an investment. We cannot rent 9 Ploughed Neck Road because we have not been allowed to obtain a building permit to repair the minor damage from the fire that occurred in October 2003; our tenant in 11 Ploughed Neck Road move out several months ago, and I decided to put that cottage on the market, and while I had several offers to purchase it, in the amount of $170,000, these offers all fell through after the prospective buyers spoke to the building

inspector, Donna Boardman, who informed them that the would never be able to obtain a building permit, for any reason, including if there were a fire, which information quashed any hope of selling the property, and I have not yet located a new tenant.

5. When I purchased 9 Ploughed Neck Road, I did so by obtaining a home equity line of credit on my home at One Palmer Drive, and I recently refinanced in order to eliminate the home equity line, which was at variable rates, and costing too much – more than we could afford – but given the lack of income from the cottages and the fact that I am only working two days per week, and that my husband has been laid off for several months, we are very much on the edge financially, and barely staying afloat, and further have not been able to re-pay the mortgagee on 9 & 11 Ploughed Neck Road, a personal friend who was kind enough to loan us $50,000 to keep us going, but which loan was due to be re-paid this month and I had to request an extension.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 6th DAY OF MARCH, 2006.

_/s/ Patricia Perotti-Cyrus_____
Patricia Perotti-Cyrus
One Palmer Road
East Sandwich MA 02537

CERTIFICATE OF SERVICE

I, Julie C. Molloy, Esq., hereby certify that a copy of the foregoing was served via U.S. Mail, first class, postage pre-paid, on March 6, 2006, upon the defendants, as follows:

Leonard H. Kesten, Esq.
Deborah Ecker, Esq.
Brody, Hardoon, Perkins & Kesten
One Exeter Plaza, 12th floor
Boston MA 02116

_/s/ Julie C. Molloy_____