UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRICIA PEROTTI-CYRUS,
    Plaintiff,

CIVIL ACTION
NO. 05-10116-DPW

v.

ROBERT JENSON, Chairman
of The Board of Appeals For
The Town of Sandwich, et al.,
    Defendants.

PLAINTIFF'S MOTION TO FILE SUPPLEMENTAL BRIEF ONE DAY LATE, ON
APRIL 27, 2006

    NOW COMES the plaintiff in this action, and requests leave of Court to file her Supplemental Brief in reply to Defendants' Supplemental Brief, one day late, on April 27, 2006. As the Court is aware, the parties were ordered to file Supplemental Briefs with this Court, with Defendants' Brief due Wednesday, April 19, 2006, and Plaintiff's Brief due Wednesday, April 26, 2006. While Plaintiff's counsel completed her brief and was ready to file the same with the Court yesterday, due to computer glitches, she discovered that her Adobe software (inexplicably) no longer allowed her the ability to convert documents from any format into Adobe PDF format, as required for filings by this Court. However, counsel was able to access Adobe on-line and do so, however the converted documents were not ready until today, Thursday, April 27, 2006, and hence have just now been filed with the Court.

    WHEREFORE, plaintiff, through counsel, requests that this Honorable Court excuse this one day delay in filing, due solely to counsel's computer

1

malfunction, and through no fault of the plaintiff in this action, and allow the filing of Plaintiff's Supplemental Brief today, April 27, 2006.

                                            Plaintiff,

                                            PATRICIA PEROTTI-CYRUS,

                                            By her attorney,

                                            ___/s/ Julie C. Molloy_____
                                            Julie C. Molloy    BBO#555176
                                            379 Route 6A
                                            East Sandwich MA 02537
                                            (508) 833-3707

Dated: April 27, 2006