# J. Court Molloy, Esq.
## 379 ROUTE 6A
## EAST SANDWICH MA 02537

| Telephone | E-mail | Facsimile |
|---|---|---|
| (508) 833-3707 | jcourtmolloy@verizon.net | (508) 833-3711 |
| | | (508) 437-4794 |

October 22, 2007

Clerk of Court (Civil)
United States District Court
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, Massachusetts 02210

    Re:    *Patricia Perotti-Cyrus v. Robert Jensen, et al.*
            *U.S District Court of Mass. C.A. # 05-10116-DPW*

Dear Sir or Madam:

    Despite the fact that the parties argued Cross-Motions for Summary Judgment in April of 2006, no decision on the same has as yet been forth-coming from the Court.

    In light of the same, plaintiff hereby requests that this matter be assigned for a Pre-Trial Conference and for Trial, in order to reach a resolution of this matter.

    Thank you for your attention in this matter.

                                         Very truly yours,

                                         *Julie C. Molloy*

                                         Julie C. Molloy

c:     Ms. Patricia Perotti-Cyrus
       Deborah Ecker, Esq.