```
                    UNITED STATES DISTRICT COURT

                     DISTRICT OF MASSACHUSETTS

PATRICIA PEROTTI-CYRUS,         )
    Plaintiff,                  )
                                )   CIVIL ACTION NO.
    v.                          )   05-10116-DPW
                                )
ROBERT JENSON, Chairman of      )
the Board of Appeals for the    )
Town of Sandwich, ROBERT        )
GUERIN, JAMES KILLION,          )
MATTHEW McDONNELL, ERIK VAN     )
BUSKIRK, WILLIAM DAWES, and     )
MICHAEL LESPEARANCE, Members    )
of the Board of Appeals,        )
DONNA BOARDMAN, Building        )
Inspector and Zoning            )
Enforcement Officer for the     )
Town of Sandwich, and the       )
TOWN OF SANDWICH                )
    Defendants.                 )
_____)
```

**ORDER FOR REMAND**

WOODLOCK, District Judge

    In accordance with the MEMORANDUM AND ORDER entered March 31, 2008, it is hereby ORDERED that the above captioned matter is REMANDED to the Barnstable Superior Court for further proceedings on Count I.

                                BY THE COURT,

                                /s/ Jarrett Lovett

                                Deputy Clerk

DATED: March 31, 2008