

**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**Sarah Allison Thornton**
CLERK OF COURT

TO:                                                          RE:

Barnstable Superior Court                CIVIL ACTION #1:05cv10116-DPW

3195 Main Street                                  YOUR CASE # 04cv0588

P.O. Box 425

Barnstable, MA.  02630

Dear Clerk:

　　Please be advised that an order remanding the above entitled action to your court was entered on March 31, 2008 by the Honorable Douglas P. Woodlock.

　　The following documents are included in our file and transmitted herewith:

　　　　( )　Certified copy of the docket entries;

　　　　( x )　Certified copy of the Memorandum & Order, Order for Remand and Docket;

　　　　( x )　Documents numbered  1 through 44

　　　　( )　_____

Kindly acknowledge receipt of the above on the copy of this letter.

　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　SARAH A. THORNTON
　　　　　　　　　　　　　　CLERK OF COURT

Date: 4/7/2008                              By: /s/ Terri Seelye
　　　　　　　　　　　　　　Deputy Clerk

---

　　The documents listed above were received by me on _____ and assigned the following case number:_____.

　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　Deputy Clerk