UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10116DPW

| | |
|---|---|
| PATRICIA PEROTTI-CYRUS<br><br>    Plaintiff<br><br>v.<br><br>ROBERT JENSEN, Chairman of the Board of Appeals for the Town of Sandwich, ROBERT GUERIN, JAMES KILLION, MATTHEW MCDONNELL, ERIK VAN BUSKIRK, WILLIAM DAWES, and MICHAEL LESPERANCE, as they are Members of the Board of Appeals, DONNA BOARDMAN, Building Inspector and Zoning Enforcement Officer for the Town of Sandwich, and TOWN OF SANDWICH,<br><br>    Defendants | NOTICE OF APPEAL |

Now come the defendants in the above-captioned matter, and hereby appeal from the Court's Memorandum and Order on Count II of the Complaint entered in this action on March 31, 2008.[1]

DEFENDANTS,

By their attorneys,

/s/Jonathan M. Silverstein
Jonathan M. Silverstein (BBO# 630431)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
 Town Counsel
101 Arch Street, 12th Floor
Boston, MA 02110
(617) 556-0007

344827/SAND/0159

---

[1] Defendants note that it does not appear that final judgment was entered in this matter, although a state claim in the Complaint was remanded to the Superior Court. Pursuant to FRAP 4(2), defendants request that, if judgment has not entered, this appeal be treated as filed on the date of and after the entry of final judgment.