UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRICIA PEROTTI-CYRUS,
    Plaintiff,

CIVIL ACTION
NO. 05-10116-DPW

v.

ROBERT JENSON, Chairman
of The Board of Appeals For
The Town of Sandwich, et al.,
    Defendants.

PLAINTIFF'S MOTION TO DISMISS DEFENDANTS' APPEAL OF MARCH 31, 2008, DECISION AND ORDER OF THIS COURT, AND MOTION FOR RECONSIDERATION AND/OR PERMISSION TO APPEAL THE DISMISSAL OF PLAINTIFF'S CLAIMS FOR DAMAGES DUE TO VIOLATION OF PLAINTIFF'S CONSTITUTIONAL RIGHTS

NOW comes the plaintiff, Patricia Perotti-Cyrus, and moves this Honorable Court to *DISMISS* defendants' Notice of Appeal and Appeal of the March 31, 2008, Decision and Order of this Honorable Court, on the grounds that this appeal is interlocutory in nature, and, therefore, is not timely filed at this point, and instead is premature.  Additionally, plaintiff moves this Court to reconsider its decision and/or allow plaintiff leave to file an interlocutory appeal of the dismissal of plaintiff's claims for constitutional law violations by the defendants, individually and as municipal defendants, as to the Court's dismissal of her claims, pursuant to Counts V and VI of her Complaint, for violation of her rights to due process and/or equal protection under the law, and corresponding claims for similar violations of the Massachusetts Civil Rights Act, G.L. c. 12, s. 11I.

As grounds for her Motion, plaintiff asserts, as is further set forth in the accompanying Memorandum of Law, that:

1. Defendants' appeal is of an impermissible interlocutory nature, and hence should be dismissed by the Court forthwith, together with an award to plaintiff of her legal costs and expenses incurred in connection with her opposition to this impermissible interlocutory appeal; and

2. Additionally, plaintiff asserts that this Honorable Court erred in dismissing her constitutional law claims, and requests that the Court reconsider its Decision, and reinstate those claims, and further to find that indeed her constitutional rights have been violated, and award damages to her as outlined in the supporting Memorandum submitted herewith, or alternatively, allow plaintiff to appeal, on an interlocutory basis, the Court's dismissal of her constitutional law claims, pursuant to 28 U.S.C.A. sections 1291 and 1292.

As noted above, plaintiff submits her Memorandum of Law in support of her assertions herewith.

                                                    Plaintiff,

                                                    PATRICIA PEROTTI-CYRUS,

                                                    By her attorney,

*/s/ Julie C. Molloy*

_____
Julie C. Molloy    BBO#555176
379 Route 6A
East Sandwich MA 02537
(508) 833-3707

Dated: June 26, 2008

## CERTIFICATE OF SERVICE

      I, Julie C. Molloy, Esq., hereby certify that a copy of the foregoing was served via U.S. Mail, first class, postage pre-paid, and by filing the same with the Unites States District Court, pursuant to the e-filing requirements of the Court, on June 26, 2008, upon the defendants, as follows:

Leonard H. Kesten, Esq.
Deborah Ecker, Esq.
Brody, Hardoon, Perkins & Kesten
One Exeter Plaza, 12th floor
Boston MA 02116

Jackie Cowin, Esq.
Judith C. Cutler, Esq.
Kopelman & Paige, P.C.
101 Arch Street, 6th floor
Boston MA 02110

                                    */s/ Julie C. Molloy*
                                    _____