UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRICIA PEROTTI-CYRUS,
      Plaintiff,                      CIVIL ACTION
                                       NO. 05-10116-DPW

      v.

ROBERT JENSON, Chairman
of The Board of Appeals For
The Town of Sandwich, et al.,
      Defendants.

PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, REQUESTING
THAT THE COURT ISSUE AN AFFIRMATIVE ORDER REQUIRING THE
TOWN TO ISSUE A BUILDING PERMIT TO THE PLAINTIFF

NOW comes the plaintiff, Patricia Perotti-Cyrus, and moves this

Honorable Court to issue a preliminary injunction, affirmatively ordering the

defendants to issue to the plaintiff the long sought-after building permit.  As

grounds, plaintiff states that she re-applied for a building permit, submitting an

application for a building permit to the Building Inspector, Donna Boardman, in

early May 2008.  By letter dated May 22, 2008, the Building Inspector denied

plaintiff's application for a building permit, a copy of which is attached herewith,

stating, as grounds, the fact that this litigation is ongoing, and further that the

Town had appealed this Court Decision (even though, technically, the Town has

no right to file an interlocutory appeal, absent permission from this Court, which

the Town has <u>not</u> sought or received).

Plaintiff continues to be seriously, irreparably and substantially harmed by

the Town's ongoing unlawful arbitrary, whimsical, capricious, and malicious

conduct, and in addition to her other damages (as outlined in the accompanying

Motion to Dismiss the Town's Appeal, and for Reconsideration and/or Permission to File an Interlocutory Appeal of the Court's Dismissal of her Claims for Violation of Plaintiff's Constitutional Rights), she now may lose the cottage altogether through foreclosure by the mortgagee.

There is absolutely no sound or rational basis for the Town to continue to refuse and deny plaintiff the building permit sought. The Town will suffer no harm if ordered to issue the same to the plaintiff. Conversely, the plaintiff, who has already sustained substantial and irreparable damages, is now faced with further possible irreparable harm: to wit, the loss of the cottage (actually both of the cottages, not only at 9 but also 11 Ploughed Neck Road), in foreclosure, thereby totally losing her investment. As the Court noted in its Decision, plaintiff purchased the cottage as an investment property. If foreclosed upon, plaintiff will not only have been damaged due the existing damages due to the Town's unlawful conduct, she may lose the investment in its entirety.

WHEREFORE, plaintiff respectfully requests that this Honorable Court affirmatively order the defendants to issue the building permit to the plaintiff. Further, plaintiff requests that this Honorable Court impose a fine of $1,000.00 per day against the Town for each and every day that it fails to issue said permit to the plaintiff, from the date plaintiff submitted her building permit application in May 2008, through the date the Town finally does issue the building permit, together with an award of attorney's fees and costs associated with the drafting and filing of this Motion.

Plaintiff,

PATRICIA PEROTTI-CYRUS,

By her attorney,

/s/ Julie C. Molloy

_____

Julie C. Molloy        BBO#555176
379 Route 6A
East Sandwich MA 02537
(508) 833-3707

Dated:  June 26, 2008


## CERTIFICATE OF SERVICE

        I, Julie C. Molloy, Esq., hereby certify that a copy of the foregoing was served via U.S. Mail, first class, postage pre-paid, and by filing the same with the Unites States District Court, pursuant to the e-filing requirements of the Court, on June 26,  2008, upon the defendants, as follows:

Leonard H. Kesten, Esq.
Deborah Ecker, Esq.
Brody, Hardoon, Perkins & Kesten
One Exeter Plaza, 12th floor
Boston MA 02116


Jackie Cowin, Esq.
Judith C. Cutler, Esq.
Kopelman & Paige, P.C.
101 Arch Street, 6th floor
Boston MA 02110

/s/ Julie C. Molloy

_____



# Town Of Sandwich
THE OLDEST TOWN ON CAPE COD



**Donna Boardman, Inspector of Buildings**
16 Jan Sebastian Drive, Sandwich, MA 02563
Phone: 508 888 4200
Fax: 508 833 0018

E-mail: dboardman@townofsandwich.net

May 22, 2008

Patricia Perotti-Cyrus
P. O. Box 1193
E. Sandwich, MA  02537

RE: Building Permit 08-262, Map 52, Lot 20, 9 Ploughed Neck Road

Dear Ms. Perotti-Cyrus;

I am in receipt of your application dated May 13, 2008 for a building permit at 9 Ploughed Neck Road.

I have reviewed the application and determined after a discussion with Town Council that the permit to repair fire damage cannot be issued at this time because no entry of final judgment has been issued and a Notice of Appeal has been filed.

I will automatically provide you with an additional 60-day period to allow for the courts/attorneys to complete their work. If I do not hear from you, I will formally act on the application at the expiration of the 60-day period. If you wish more than an additional 60 days, please contact me. If you do not wish to proceed, please contact me and I will proceed to act on the application as submitted.

Thank you for your attention to this matter.

Sincerely,

Donna Boardman, CBO
Building Commissioner