UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10116-DPW

| | |
|---|---|
| PATRICIA PEROTTI-CYRUS<br><br>    Plaintiff<br><br>v.<br><br>ROBERT JENSEN, et al.,<br><br>    Defendants | CERTIFICATE OF COMPLIANCE<br>WITH LOCAL RULE 7.1(A)(2) |

    Pursuant to Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, counsel for defendants hereby certifies that she conferred with plaintiff's counsel regarding said defendants' Motion to Enlarge, by sending an e-mail regarding same on July 9, 2008. As of the date of the filing of said motion, no response to the e-mail had been received.

                                  COUNSEL FOR DEFENDANTS

                                  /s/Jackie Cowin
                                  Jackie Cowin (BBO# 655880)
                                  Kopelman and Paige, P.C.
                                  101 Arch Street, 12th Floor
                                  Boston, MA 02110
                                  (617) 556-0007

350588/SAND/0159