UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10116-DPW

PATRICIA PEROTTI-CYRUS

    Plaintiff

v.

ROBERT JENSEN, et al.,

    Defendants

MOTION TO ENLARGE

Now come the defendants, Robert Jensen, et al., and hereby move that this Court enlarge the time in which they must file an Opposition to Plaintiff's Motion to Dismiss Defendants' Appeal, and an Opposition to Plaintiff's Motion for Preliminary Injunction, by seven (7) days, up to and including July 17, 2008.

As grounds therefor, defendants state that, due to other litigation matters, their counsel has been unable to carefully review the plaintiff's motions and accompanying memorandums, and prepare a cogent response thereto. As further grounds therefor, defendants state that the requested enlargement will not prejudice plaintiff.

WHEREFORE, defendants respectfully request that the time in which they must respond to plaintiff's recently filed motions be enlarged by seven days, up to and including July 17, 2008.

DEFENDANTS,

By their attorneys,

/s/Jackie Cowin
Jonathan M. Silverstein (BBO# 630431)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
 Town Counsel
101 Arch Street, 12th Floor
Boston, MA 02110
(617) 556-0007

350584/SAND/0159