# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-10116 DPW

Patricia Perotti-Cyrus

v.

Robert Jensen

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20,21,22,23,24,25,26,27,28,29,30,31,32,33,34,35,36,37,38,39,40,41,42,43,44,45,46,47,48,49,50,51

and contained in Il Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 04/30/2008 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 17, 2008.

Sarah A. Thornton, Clerk of Court

By: Francois Castilla
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 7/17/08 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-10116-DPW

Perotti-Cyrus v. Jensen et al  
Assigned to: Judge Douglas P. Woodlock  
Demand: $100,000  
Case in other court: Barnstable Superior Court, 04cv0588  
Cause: 28:1446 Notice of Removal

Date Filed: 01/18/2005  
Date Terminated: 03/31/2008  
Jury Demand: Both  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

**Plaintiff**

**Patricia Perotti-Cyrus**  

represented by **Julie C. Molloy**  
379 Route 6A  
E. Sandwich, MA 02537  
508-833-3707  
Fax: 508-833-3711  
Email: jcourtmolloy@verizon.net  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Robert Jensen**  
*Chairman of the Board of Appeals of the Town of Sandwich*

represented by **Jackie A. Cowin**  
Kopelman & Paige, PC  
101 Arch Street  
Boston, MA 02110-1109  
617-556-0007 x 1813  
Fax: 617-654-1735  
Email: jcowin@k-plaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Jonathan M. Silverstein**  
Kopelman & Paige, PC  
101 Arch Street  
Boston, MA 02110-1109  
617-556-0007  
Fax: 617-654-1729  
Email: jsilverstein@k-plaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Leonard H. Kesten**  
Brody, Hardoon, Perkins & Kesten  
One Exeter Plaza  
12th Floor  
Boston, MA 02116  
617-880-7100  
Fax: 617-880-7171  
Email: lkesten@bhpklaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Deborah I. Ecker**  
Brody, Hardoon, Perkins & Kesten  
699 Exeter Street  
Boston, MA 02116  
617-880-7100  
Fax: 617-880-7171  
Email: decker@bhpklaw.com  
*ATTORNEY TO BE NOTICED*

**Defendant**
**Robert Guerin**
*Member of the Board of Appeals for the Town of Sandwich*

represented by **Jackie A. Cowin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan M. Silverstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leonard H. Kesten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deborah I. Ecker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**James Killion**
*Member of the Board of Appeals for the Town of Sandwich*

represented by **Jackie A. Cowin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan M. Silverstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leonard H. Kesten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deborah I. Ecker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Matthew McDonnell**
*Member of the Board of Appeals for the Town of Sandwich*

represented by **Jackie A. Cowin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan M. Silverstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leonard H. Kesten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deborah I. Ecker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Erik Van Buskirk**
*Member of the Board of Appeals for the Town of Sandwich*

represented by **Jackie A. Cowin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan M. Silverstein**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leonard H. Kesten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deborah I. Ecker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**William Dawes**
*Member of the Board of Appeals for the Town of Sandwich*

represented by **Jackie A. Cowin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan M. Silverstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leonard H. Kesten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deborah I. Ecker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Lesperance**
*Member of the Board of Appeals for the Town of Sandwich*

represented by **Jackie A. Cowin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan M. Silverstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leonard H. Kesten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deborah I. Ecker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Donna Boardman**
*Building Inspector and Zoning Enforcement Officer for the Town of Sandwich*

represented by **Jackie A. Cowin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan M. Silverstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leonard H. Kesten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deborah I. Ecker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Sandwich, Town of          represented by **Jackie A. Cowin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan M. Silverstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leonard H. Kesten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deborah I. Ecker**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/18/2005 | 1 | NOTICE OF REMOVAL by James Killion, Matthew McDonnell, Erik Van Buskirk, William Dawes, Michael Lesperance, Donna Boardman, Sandwich, Town of, Robert Jensen, Robert Guerin from Superior Court Department of the Trial Court of the Commonwealth of Massachusetts, County of Barnstable, case number 04cv0588, $ 150, receipt number 61509, filed by James Killion, Matthew McDonnell, Erik Van Buskirk, William Dawes, Michael Lesperance, Donna Boardman, Sandwich, Town of, Robert Jensen, Robert Guerin. (Attachments: #Notice of Removal Part 2# 2 Cover Sheet)(Nici, Richard) (Entered: 01/25/2005) |
| 01/18/2005 | | Notice of correction to docket made by Court staff. Correction: the filer of the notice of removal corrected because: incorrect filer noted (Nici, Richard) (Entered: 01/25/2005) |
| 01/18/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Nici, Richard) (Entered: 01/25/2005) |
| 01/19/2005 | 2 | ANSWER to Complaint by James Killion, Matthew McDonnell, Erik Van Buskirk, William Dawes, Michael Lesperance, Donna Boardman, Sandwich, Town of, Robert Jensen, Robert Guerin.(Nici, Richard) (Entered: 01/26/2005) |
| 01/20/2005 | 3 | CERTIFICATE OF SERVICE by James Killion, Matthew McDonnell, Erik Van Buskirk, William Dawes, Michael Lesperance, Donna Boardman, Sandwich, Town of, Robert Jensen, Robert Guerin æAnswer to Complaint. (Nici, Richard) (Entered: 01/27/2005) |
| 02/01/2005 | 4 | STATE COURT Record. (Attachments: #_1Part II)(Nici, Richard) (Entered: 02/08/2005) |
| 02/23/2005 | 5 | NOTICE of Scheduling Conference: Scheduling Conference set for 3/24/2005 03:00 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 02/23/2005) |
| 03/08/2005 | 6 | NOTICE of Appearance by Deborah I. Ecker on behalf of James Killion, Matthew McDonnell, Erik Van Buskirk, William Dawes, Michael Lesperance, Donna Boardman, Sandwich, Town of, Robert Jensen, Robert Guerin (Ecker, Deborah) (Entered: 03/08/2005) |
| 03/08/2005 | 7 | JOINT STATEMENT re scheduling conference *Pursuant to Local Rule 16.1*(Ecker, Deborah) (Entered: 03/08/2005) |
| 03/08/2005 | 8 | NOTICE of Appearance by Leonard H. Kesten on behalf of James Killion, Matthew McDonnell, Erik Van Buskirk, William Dawes, Michael Lesperance, Donna Boardman, Sandwich, Town of, Robert Jensen, Robert Guerin (Kesten, Leonard) (Entered: 03/08/2005) |
| 03/24/2005 | | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Scheduling Conference held on 3/24/2005. motion amend (filed today) is allowed; discovery by 9/30/05; experts by 9/2/05; dispositive motions by 11/30/05; if state court resolution is favorable to plaintiff, plaintiff may file separate motion for summary judgment on that issue. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 03/25/2005) |
| 03/24/2005 | 10 | MOTION to Amend Complaint by Patricia Perotti-Cyrus. (Attachments: # Amended Complaint# 2Exhibits to Amended Complaint)(Nici, Richard) (Entered: 03/29/2005) |
| 03/24/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 10 Motion to Amend: Motion allowed at scheduling conference held 3/24/05. (Rynne, Michelle) (Entered: 04/13/2005) |

| 03/29/2005 | 9 | Judge Douglas P. Woodlock : ORDER entered. SCHEDULING ORDER: Discovery due by 9/30/2005. Motions due by 11/30/2005. Status report due 1/5/05.Status Conference set for 1/12/2006 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 03/29/2005) |
|---|---|---|
| 04/01/2005 | 11 | Defendants' ANSWER to Complaint (Notice of Removal) by James Killion, Matthew McDonnell, Erik Van Buskirk, William Dawes, Michael Lesperance, Donna Boardman, Sandwich, Town of, Robert Jensen, Robert Guerin, James Killion, Matthew McDonnell, Erik Van Buskirk, William Dawes, Michael Lesperance, Donna Boardman, Sandwich, Town of, Robert Jensen, Robert Guerin. (Ecker, Deborah) (Entered: 04/01/2005) |
| 04/01/2005 | 12 | CERTIFICATION pursuant to Local Rule 16. by Sandwich, Town of.(Ecker, Deborah) (Entered: 04/01/2005) |
| 04/04/2005 | 13 | Document disclosure by Patricia Perotti-Cyrus.(Molloy, Julie) Additional attachment(s) added on 4/5/2005 (Nici, Richard). (Entered: 04/04/2005) |
| 04/05/2005 |  | Notice of correction to docket made by Court staff. Correction: entry #13 corrected because: Replaced unsigned document for a signed document. (Nici, Richard) (Entered: 04/05/2005) |
| 05/09/2005 | 14 | AMENDED COMPLAINT Second Amended Complaint against all parties, filed by Patricia Perotti-Cyrus. (Attachments: # 1 Exhibit Second Amended Complaint# 2# 3# 4# 5)(Molloy, Julie) (Entered: 05/09/2005) |
| 05/09/2005 | 15 | MOTION to Amend 14Amended Complaint w/Exhibits by Patricia Perotti-Cyrus. (Attachments: # 1# 2# 3)(Molloy, Julie) (Entered: 05/09/2005) |
| 05/23/2005 | 16 | MOTION to Sever and Stay Counts and Remand Countby James Killion, Matthew McDonnell, Erik Van Buskirk, William Dawes, Michael Lesperance, Donna Boardman, Sandwich, Town of, Robert Jensen, Robert Guerin.(Ecker, Deborah) (Entered: 05/23/2005) |
| 06/14/2005 | 17 | MOTION for Extension of Time to File Opposition to File Response/Reply as 16 MOTION to Severand Stay Counts and Remand Counts by Patricia Perotti-Cyrus. (Attachments: # 1# 2# 3# 4# 5# 6# 7)(Molloy, Julie) (Entered: 06/14/2005) |
| 06/14/2005 | 18 | Opposition re 16MOTION to Severand Stay Counts and Remand Countsfiled by Patricia Perotti-Cyrus. (Attachments: # 1# 2# 3# 4# 5# 6)(Molloy, Julie) (Entered: 06/14/2005) |
| 06/16/2005 |  | Judge Douglas P. Woodlock : Electronic ORDER entered granting17 Motion for Extension of Time to File Response/Reply re 16MOTION to Sever and Stay Counts and Remand Counts(Rynne, Michelle) (Entered: 06/16/2005) |
| 09/08/2005 | 19 | Joint MOTION for Extension of Time to 10/31/2005 to Complete Discovery(Depositions) by James Killion, Matthew McDonnell, Erik Van Buskirk, William Dawes, Michael Lesperance, Donna Boardman, Sandwich, Town of, Patricia Perotti-Cyrus, Robert Jensen, Robert Guerin.(Molloy, Julie) (Entered: 09/08/2005) |
| 10/18/2005 |  | Judge Douglas P. Woodlock : ElectronicORDER entered granting19 Motion for Extension of Time to Complete Discovery - Discovery due by 10/31/2005; granting 15Motion to Amend - no opposition having been filed; denying16 Motion to Sever, stay and remand - DENIED without prejudice to reconsideration at the pretrial conference and with the directive that any deposition of Attorney Cutler be limited to percipient witness testimony and not include inquire into her personal opinions regarding legal issues. (Rynne, Michelle) (Entered: 10/18/2005) |
| 11/23/2005 | 20 | Joint MOTION for Extension of Time to 12/31/2005 to Deadline to File Rule 56 Motions by Patricia Perotti-Cyrus.(Molloy, Julie) (Entered: 11/23/2005) |
| 12/01/2005 |  | Judge Douglas P. Woodlock : Electronic ORDER entered granting20 Motion for Extension of Time only to the extent that Motions are due by 12/22/2005. (Rynne, Michelle) (Entered: 12/01/2005) |
| 12/27/2005 | 21 | Second MOTION for Extension of Time to 12/31/2005 to FileMotion for Summary Judgmentby Patricia Perotti-Cyrus. (Entered: 12/27/2005) |
| 12/27/2005 | 23 | MOTION for Summary Judgment by Patricia Perotti-Cyrus. (Nici, Richard) Received Binder containing unscanned exhibits. (Entered: 01/05/2006) |
| 12/27/2005 | 24 | MEMORANDUM in Support re 23MOTION for Summary Judgment filed by Patricia Perotti-Cyrus. (Attachments:# 1 Affidavit # 2 Affidavit # 3 Zoning Law# 4 Part 1# 5 Part 2# 6 Part 3# 7 Part 4# 8 Part 5# 9 Part 6# 10 Part 7# 11 Part 8# 12 Part 9# 13 Part 10# 14 Part 11# 15 Part 12# 16 Part 13# 17 Part 14# 18 Part 15# 19 Part 16)(Nici, Richard) Additional deposition transcripts have been filed with the Clerk's office and are unscanned. (Entered: 01/05/2006) |
| 12/27/2005 | 37 | STATEMENT of facts re 23MOTION for Summary Judgment. (Nici, Richard) (Entered: 03/24/2006) |
| 01/04/2006 | 22 | Assented to MOTION for Extension of Time to January 31, 2006 to File Response/Reply Plaintiff's Summary Judgment Motion.(Ecker, Deborah) (Entered: 01/04/2006) |
| 01/05/2006 |  | Notice of correction to docket made by Court staff. Correction: Entry #21 corrected because: the entry contained multiple filings that should have been filed seperately. The documents have been filed seperately and assigned new docket numbers. (Nici, Richard) (Entered: 01/05/2006) |
| 01/06/2006 | 25 | STATUS REPORT Filed Jointly by Parties by Patricia Perotti-Cyrus. (Molloy, Julie) (Entered: 01/06/2006) |

| | | |
|---|---|---|
| 01/11/2006 | -- | Judge Douglas P. Woodlock : Electronic ORDER entered granting 21 Motion for Extension of Time to File motion for summary judgment. (Rynne, Michelle) (Entered: 01/11/2006) |
| 01/12/2006 | -- | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock : Status Conference held on 1/12/2006, 22 Assented to MOTION for Extension of Time to January 31, 2006 to File Response/Reply *Plaintiff's Summary Judgment Motion* - Allowed. Responses to 23 Motion for Summary Judgment due by 1/31/2006. Motion Hearing set re: 23 MOTION for Summary Judgment for 2/22/2006 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 01/12/2006) |
| 01/31/2006 | | NOTICE OF RESCHEDULING Hearing on 23 MOTION for Summary Judgment: Motion Hearing reset for 4/26/2006 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 01/31/2006) |
| 01/31/2006 | 26 | *Defendants'* Response by James Killion, Matthew McDonnell, Erik Van Buskirk, William Dawes, Michael Lesperance, Donna Boardman, Sandwich, Town of, Robert Jensen, Robert Guerin to 24 Memorandum in Support of Motion, /*Plaintiff's Statement of Undisputed Facts*. (Ecker, Deborah) (Entered: 01/31/2006) |
| 01/31/2006 | 27 | Cross MOTION for Summary Judgment by James Killion, Matthew McDonnell, Erik Van Buskirk, William Dawes, Michael Lesperance, Donna Boardman, Sandwich, Town of, Robert Jensen, Robert Guerin.(Ecker, Deborah) (Entered: 01/31/2006) |
| 01/31/2006 | 28 | MOTION for Leave to File Excess Pages by James Killion, Matthew McDonnell, Erik Van Buskirk, William Dawes, Michael Lesperance, Donna Boardman, Sandwich, Town of, Robert Jensen, Robert Guerin.(Ecker, Deborah) (Entered: 01/31/2006) |
| 01/31/2006 | 29 | MEMORANDUM in Opposition re 23 MOTION for Summary Judgment filed by James Killion, Matthew McDonnell, Erik Van Buskirk, William Dawes, Michael Lesperance, Donna Boardman, Sandwich, Town of, Robert Jensen, Robert Guerin. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9)(Ecker, Deborah) (Entered: 01/31/2006) |
| 02/13/2006 | 30 | Assented to MOTION for Extension of Time to February 28, 2006 to File Response/Reply as to 27 Cross MOTION for Summary Judgment, 29 Memorandum in Opposition to Motion, by Patricia Perotti-Cyrus.(Molloy, Julie) (Entered: 02/13/2006) |
| 02/27/2006 | -- | Judge Douglas P. Woodlock : Electronic ORDER entered granting 30 Motion for Extension of Time to File Response/Reply re 27 Cross MOTION for Summary Judgment. Responses due by 2/28/2006. (Rynne, Michelle) (Entered: 02/27/2006) |
| 03/01/2006 | 31 | Second MOTION for Extension of Time to March 1, 2003 to File Response/Reply *Defendant's Cross Motion for Summary Judgment* by Patricia Perotti-Cyrus.(Molloy, Julie) (Entered: 03/01/2006) |
| 03/01/2006 | 32 | First MOTION for Leave to File Excess Pages *in Opposition to Defendant's Cross Motion for Summary Judgment* by Patricia Perotti-Cyrus.(Molloy, Julie) (Entered: 03/01/2006) |
| 03/01/2006 | 33 | First Opposition re 27 Cross MOTION for Summary Judgment *of Defendants* filed by Patricia Perotti-Cyrus. (Attachments: # 1 Exhibit List# 2 Exhibit List of all single family homes in R-2 zoning district, Exhibit #16# 3 Exhibit #13, Norwell Arch case# 4 Exhibit #17, Assessor's list of all singe family homes in Sandwich# 5 Exhibit #18, Assessor's list of all parcels with multiple houses in Sandwich# 6 Exhibit #21, Further Affidavit of Julie C. Molloy, Esq.)(Molloy, Julie) (Entered: 03/01/2006) |
| 03/06/2006 | 34 | First MOTION to Expedite *and re-schedule hearing date to an date sooner than April 26, 2006* by Patricia Perotti-Cyrus. (Attachments: # 1 Affidavit Plaintiff's Affidavit in Support of Motion to Re-schedule and Opposition to Defendant's Cross-Motion for Summary Judgment)(Molloy, Julie) (Entered: 03/06/2006) |
| 03/06/2006 | 35 | Affidavit filed by Patricia Perotti-Cyrus. (Molloy, Julie) Additional attachment(s) added on 3/7/2006 (Diskes, Sheila). (Entered: 03/06/2006) |
| 03/06/2006 | -- | Judge Douglas P. Woodlock : Electronic ORDER entered granting 28 Motion for Leave to File Excess Pages, granting 31 Motion for Extension of Time to File Response/Reply, granting 32 Motion for Leave to File Excess Pages (Rynne, Michelle) (Entered: 03/06/2006) |
| 03/07/2006 | -- | Notice of correction to docket made by Court staff. Correction: document # 35 corrected because: it was filed as an opposition (Diskes, Sheila) (Entered: 03/07/2006) |
| 03/08/2006 | -- | Judge Douglas P. Woodlock : Electronic ORDER entered granting 34 Motion to Expedite hearing. Hearing on motion for summary judgment reset for 4/12/06 at 2:30 p.m. (Rynne, Michelle) (Entered: 03/08/2006) |
| 03/08/2006 | -- | NOTICE of Hearing on Motion 27 Cross MOTION for Summary Judgment, 23 MOTION for Summary Judgment: Motion Hearing reset for 4/12/2006 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 03/08/2006) |
| 03/13/2006 | 36 | REPLY to Response to Motion re 27 Cross MOTION for Summary Judgment filed by James Killion, Matthew McDonnell, Erik Van Buskirk, William Dawes, Michael Lesperance, Donna Boardman, Sandwich, Town of, Robert Jensen, Robert Guerin. (Ecker, Deborah) (Entered: 03/13/2006) |
| 04/12/2006 | -- | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock : Motion Hearing held on 4/12/2006 re 27 Cross MOTION for Summary Judgment, 23 MOTION for Summary Judgment. Further briefing by defendant due 4/19/06. Further briefing by plaintiff due 4/26/06. Motions taken under advisement. (Court Reporter Pam Owens.) |

| | | |
|---|---|---|
| | | (Rynne, Michelle) (Entered: 04/12/2006) |
| 04/12/2006 | | Motions Taken Under Advisement: 27 Cross MOTION for Summary Judgment 23 MOTION for Summary Judgment (Lovett, Jarrett) (Entered: 08/08/2007) |
| 04/19/2006 | 38 | Supplemental MEMORANDUM in Support re 27 Cross MOTION for Summary Judgment *and Opposition to Plaintiff's Motion for Summary Judgment* filed by James Killion, Matthew McDonnell, Erik Van Buskirk, William Dawes, Michael Lesperance, Donna Boardman, Sandwich, Town of, Robert Jensen, Robert Guerin. (Attachments 1 # 2 # 3)(Ecker, Deborah) (Entered: 04/19/2006) |
| 04/27/2006 | 39 | Supplemental SUR-REPLY to Motion re 23 MOTION for Summary Judgment filed by Patricia Perotti-Cyrus. (Attachments: # 1 Exhibit 22 - Multi-House Parcels in R-2 zoning district 2 Exhibit 23 -- Developable Land in R-2 zoning district)(Molloy, Julie) (Entered: 04/27/2006) |
| 04/27/2006 | 40 | First MOTION for Extension of Time to April 27, 2006 to File Supplemental Brief by Patricia Perotti-Cyrus.(Molloy, Julie) (Entered: 04/27/2006) |
| 07/05/2006 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 40 Motion for Extension of Time to 4/27/06 to file supplemental brief, nunc pro tunc. (Rynne, Michelle) (Entered: 07/05/2006) |
| 10/23/2006 | 41 | Supplemental SUR-REPLY to Motion re 30 Assented to MOTION for Extension of Time to February 28, 2006 to File Response/Reply as to 27 Cross MOTION for Summary Judgment 29 Memorandum in Opposition to Motion *Motion in Support of Motion for Summary Judgment* filed by Patricia Perotti-Cyrus. (Molloy, Julie) (Entered: 10/23/2006) |
| 10/21/2007 | 42 | Letter/request (non-motion) from Julie C. Molloy, Esq *to Court, Clerk's Office*. (Molloy, Julie) (Entered: 10/21/2007) |
| 03/31/2008 | 43 | Judge Douglas P. Woodlock: MEMORANDUM AND ORDER entered granting in part and denying in part 23 Motion for Summary Judgment; granting in part and denying in part 27 Motion for Summary Judgment and directing the case to be REMANDED to the Barnstable Superior Court for further proceedings on Count 1. (Woodlock, Douglas) (Entered: 04/02/2008) |
| 03/31/2008 | 44 | Judge Douglas P. Woodlock: ORDER entered. ORDER OF REMAND to Barstable Superior Court (Lovett, Jarrett) (Entered: 04/02/2008) |
| 03/31/2008 | | Civil Case Terminated. (Lovett, Jarrett) (Entered: 04/02/2008) |
| 04/07/2008 | 45 | Letter regarding remand. (Seelye, Terri) (Entered: 04/07/2008) |
| 04/30/2008 | 46 | NOTICE OF APPEAL by James Killion, Matthew McDonnell, Erik Van Buskirk, William Dawes, Michael Lesperance, Donna Boardman, Sandwich, Town of, Robert Jensen, Robert Guerin Filing fee $ 455, receipt number 01010000000001945169 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/20/2008. (Silverstein, Jonathan) (Entered: 04/30/2008) |
| 06/26/2008 | 47 | First MOTION to Dismiss *Defendants' Appeal and for Reconsideration and/or Leave to File Interlocutory Appeal by* Patricia Perotti-Cyrus.(Molloy, Julie) (Entered: 06/26/2008) |
| 06/26/2008 | 48 | First MOTION for Preliminary Injunction *for Issuance of Order Requiring Defendants to Issue Building Permit to Plaintiff, after Further Denial by Defendants on May 22, 2008* by Patricia Perotti-Cyrus. (Attachments: # Exhibit May 22, 2008 Building Inspector Letter to Plaintiff)(Molloy, Julie) (Entered: 06/26/2008) |
| 06/26/2008 | 49 | First MEMORANDUM in Support re 47 First MOTION to Dismiss *Defendants' Appeal and for Reconsideration and/or Leave to File Interlocutory Appeal* filed by Patricia Perotti-Cyrus. (Attachments: 1 # Exhibit May 22, 2008, letter from Building Inspector to Plaintiff, 2 Exhibit May 30, 2008 Joint Pre-Trial Memorandum, 3 Exhibit Land Court Decision in case of Norton v. Donohue (May 10, 2004))(Molloy, Julie) (Entered: 06/26/2008) |
| 07/10/2008 | 50 | CERTIFICATE OF CONSULTATION *with Local Rule 7.1(A)(2)*(Cowin, Jackie) (Entered: 07/10/2008) |
| 07/10/2008 | 51 | MOTION for Extension of Time to up to and including July 17, 2008 to File Response/Reply by James Killion, Matthew McDonnell, William Dawes, Michael Lesperance, Donna Boardman, Robert Jensen, Robert Guerin.(Cowin, Jackie) (Entered: 07/10/2008) |