UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-10116 DPW

Patricia Perotti-Cyrus

v.

Robert Jensen

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20,21,22,23,24,25,26,27,28,29,30,31,32,33,34,35,36,37,38,39,40,41,42,43,44,45,46,47,48,49,50,51

and contained in II Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 04/30/2008 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 17, 2008.

Sarah A Thornton, Clerk of Court

By: Francis Castilla
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 21 July 08.

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 08-1876

- 3/06