```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

PATRICIA PEROTTI-CYRUS,          )
     Plaintiff,                  )
                                 )   CIVIL ACTION NO.
     v.                          )   05-10116-DPW
                                 )
ROBERT JENSON, Chairman of       )
the Board of Appeals for the     )
Town of Sandwich, ROBERT         )
GUERIN, JAMES KILLION,           )
MATTHEW McDONNELL, ERIK VAN      )
BUSKIRK, WILLIAM DAWES, and      )
MICHAEL LESPEARANCE, Members     )
of the Board of Appeals,         )
DONNA BOARDMAN, Building         )
Inspector and Zoning             )
Enforcement Officer for the      )
Town of Sandwich, and the        )
TOWN OF SANDWICH                 )
     Defendants.                 )
_____)
```

**FINAL JUDGMENT**

WOODLOCK, District Judge

    In accordance with the MEMORANDUM AND ORDER entered March 31, 2008, and the directions given at the hearing this day, it is by this separate document entered under Fed. R. Civ. P. 58 hereby ORDERED, ADJUDGED AND DECREED:

    (1)  That Summary Judgment is GRANTED to plaintiff as to Count II and that in furtherance thereof, it is DECLARED and ORDERED that

    (a)  the defendants' denial of a building permit for such repairs is legally untenable;

1

    (b)   the plaintiff has the right to repair her dwelling at 9 Ploughed Neck Road, Sandwich; and

    (c)   the defendants, their successors, officers, agents, employees, attorneys and all other persons in active concert or participation with them are directed to issue on or before July 30, 2008, and not to obstruct or otherwise interfere with the issuance and execution of, a building permit to plaintiff to repair her dwelling at 9 Ploughed Neck Road, Sandwich.

    (2)   That Counts III and IV are DISMISSED;

    (3)   That summary judgment is GRANTED to defendants as to Counts V and VI;

    (4)   That Count I is remanded to the Barnstable Superior Court.

BY THE COURT,

/s/ Jarrett Lovett
Deputy Clerk

DATED: July 23, 2008